

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00659-CV

In re Donald L. **DUNFORD** Jr. and Donald L. Dunford Sr.

Original Proceeding[1]

PER CURIAM

Sitting:        Patricia O. Alvarez, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: October 12, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On October 5, 2022, Relators Donald L. Dunford Jr. and Donald L. Dunford Sr. filed a petition for writ of mandamus and an emergency motion for temporary relief seeking a stay of the October 10, 2022 trial setting pending resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, relators' emergency motion and their petition for writ of mandamus are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021CI25819, styled *Julie W. Schwarz and Thomas W. Schwarz v. Donald L. Dunford Jr. and Donald L. Dunford Sr.*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.